IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3195-JLK**

**24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS**,

       Plaintiff,

v.

**BRIAN ABEYTA,**

       Defendant.

---

## ORDER OF DISMISSAL

---

Kane, J.

      Having resolved the matter of sanctions, the above captioned action is **DISMISSED WITHOUT PREJUDICE**.

      Dated this 9th day of January, 2013.

                           BY THE COURT:

                           *__s/John L. Kane__*
                           John L. Kane, Senior Judge
                           United States District Court